IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  17-229 |
| ELI VELAZQUEZ-CHAVEZ | : | |

ORDER

AND NOW, this 4th day of MAY, 2017, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that Indictment No. 17-229 against the above-captioned defendant is dismissed without prejudice.

BY THE COURT:

*Joel Slomsky*
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*